# UNITED STATES DISTRICT COURT
## SOUTHERN District of ILLINOIS

**FILED SEP 22 2011**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For a Petty Offense) |
| | Case No: 11CR30145-01-GPM |
| ROSEMARY CURETON | USM No: 09308-025 |
| | Paul E. Sims |
| | Defendant's Attorney |

**THE DEFENDANT:**

☐ **THE DEFENDANT** pleaded ☐ guilty ☐ nolo contendere to count(s) _____

X **THE DEFENDANT** was found guilty on count(s)  1 of the Notice Charging Criminal Contempt

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC 401(1) | Criminal contempt for obstruction of justice | 8/16/2011 | 1 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment.

☐ **THE DEFENDANT** was found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 1895

Defendant's Year of Birth: 1956

City and State of Defendant's Residence:
Cahokia IL 62206

9/20/2011
Date of Imposition of Judgment

Signature of Judge

HON. G. PATRICK MURPHY, U. S. District Judge
Name and Title of Judge

09/22/11
Date

DEFENDANT: ROSEMARY CURETON
CASE NUMBER: 3:11CR30145-01-GPM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

From Friday, October 7, 2011 at 6:00 PM, until Monday, October 10, 2011 at 6:00 AM

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
   ☐ as notified by the United States Marshal.

X The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on _____ .
   X as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

   Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL